*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, HARRELL, and KORN
Appellate Military Judges

———————————

**UNITED STATES**
*Appellee*

**v.**

**Chase R. POLLER**
Hospital Corpsman Third Class (E-4), U.S. Navy
*Appellant*

**No. 202400425**

———————————

Decided: 28 January 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Andrea K. Lockhart

Sentence adjudged 22 August 2024 by a general court-martial tried at Naval Base San Diego, California. Sentence in the Entry of Judgment: reduction to E-1, confinement for 17 years, forfeiture of all pay and allowances, and a dishonorable discharge.

For Appellant:
*Major Joshua Keefe, USMC*

*For Appellee:*
*Captain Jacob Carmin, USMC*
*Lieutenant Colonel Allison Acosta, USMC*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

A general court-martial convicted Appellant, pursuant to his pleas, of receiving, possessing, distributing and producing child pornography in violation of Article 134, UCMJ.[1] Appellant personally assigns one error and asks us to affirm only 12 years of his adjudged 17 year sentence to confinement.[2] After careful consideration of the record and the matters raised personally by Appellant,[3] we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[4]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] 10 U.S.C. §934.

[2] Raised pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982):

WHETHER APPELLANT'S SENTENCE TO SEVENTEEN YEARS' CONFINEMENT IS INAPPROPRIATELY SEVERE.

[3] *See United States v. Matias*, 25 M.J. 356 (C.M.A. 1987).

[4] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.